## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | | |
|---|---|---|---|
| In re: | T. Alan Minor | ) | Bankr: 3:10-BK30161-DOT |
| | Renee Scott Minor | ) | Chapter 7 |
| | Debtor. | ) | |
| | | ) | |
| **Address** | | ) | |
| | T. Alan Minor | ) | |
| | 11603 Hardwood Drive | ) | |
| | Midlothian, VA 23114 | ) | |
| | | ) | |
| Last four digits of SSN or ITIN: | **6901** | ) | |
| | **XXXX** | | |

**T. ALAN MINOR**
  Plaintiff                                                       Adv. : 3:13-AP-3152-DOT

v.

**ELOISE K. HAHN et al**
  Defendants

### ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), this court FINDS as follows:

That the defendants have dismissed the action as against Plaintiff Minor; therefore

it is ORDERED that the motion for Preliminary Injunction is DENIED AS MOOT.

The court will serve a copy of the foregoing order on all parties as follows:

Jason M. Krumbein, Counsel for Plaintiff, by ECF

Howard M. Swerdbilow, by US Mail at Howard M. Swerdbilow, Esq., 190 Forteberry Rd, Suite 107, Merrit Island, FL 32952-3401;

Eloise K. Hahn, 313 E. 1300 North, Chestertown, IN, 46304.

ENTERED: _____  _____

                                                Douglas O. Tice, Jr., Judge
                                                US Bankruptcy Court
                                                Eastern District of Virginia
                                                Richmond, Division

I ask for this:

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
5310 Markel Road, Suite 102
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com

## CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy
