UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | | |
|---|---|---|---|
| **In re:** | **T. Alan Minor** | ) | Bankr: 3:10-BK30161-DOT |
| | **Renee Scott Minor** | ) | Chapter 7 |
| | **Debtor.** | ) | |
| | | ) | |
| **Address** | | ) | |
| | **T. Alan Minor** | ) | |
| | **11603 Hardwood Drive** | ) | |
| | **Midlothian, VA 23114** | ) | |
| | | ) | |
| Last four digits of SSN or ITIN: | **6901** | ) | |
| | **XXXX** | | |
| **T. ALAN MINOR** | | | |
| Plaintiff | | | Adv. : 3:13-AP-3152-DOT |
| v. | | | |
| **ELOISE K. HAHN et al** | | | |
| Defendants | | | |

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), this court FINDS as follows:

That the defendants have dismissed the action as against Plaintiff Minor; therefore

it is ORDERED that the motion for Preliminary Injunction is DENIED AS MOOT.

The court will serve a copy of the foregoing order on all parties as follows:

Jason M. Krumbein, Counsel for Plaintiff, by ECF

Howard M. Swerdbilow, by US Mail at Howard M. Swerdbilow, Esq., 190 Forteberry Rd, Suite 107, Merrit Island, FL 32952-3401;

Eloise K. Hahn, 313 E. 1300 North, Chestertown, IN, 46304.

ENTERED: Sep 12 2013 _____  /s/ Douglas O. Tice Jr.
_____

Douglas O. Tice, Jr., Judge
US Bankruptcy Court
Eastern District of Virginia
Richmond, Division

I ask for this:

Entered on Docket: Sep 13, 2013

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSBN 43538
Counsel for the Debtor(s) in Bankruptcy
Krumbein Consumer Legal Services, Inc.
5310 Markel Road, Suite 102
Richmond, VA 23230
Tel: 804.303.0204 Fax: 804.303.0209
jkrumbein@krumbeinlaw.com

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Debtor(s) in Bankruptcy

United States Bankruptcy Court
Eastern District of Virginia

Minor,
    Plaintiff

Hahn,
    Defendant

Adv. Proc. No. 13-03152-DOT

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: bullockn     Page 1 of 1     Date Rcvd: Sep 13, 2013
                 Form ID: pdford9     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2013.
```
dft        +Eloise K Hahn,    313 East 1300 North,    Chesterton, IN 46304-9612
dft         Howard M. Swerdbilow, Esq.,    190 Fortenberry Rd. Suite 107,    Merritt Island, FL  32952-3401
pla        +Thomas Alan Minor,    11603 HARDWOOD ROAD,    MIDLOTHIAN, VA 23114-5116
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Sep 14 2013 02:12:02      UST smg Richmond,
              Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                             TOTAL: 1
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2013 at the address(es) listed below:
```
              Jason Meyer Krumbein     on behalf of Plaintiff Thomas Alan Minor jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com
                                                                                             TOTAL: 1
```