

*Eloise K. Hahn*
*313 East 1300 North*
*Chesterton, IN   46304*
*eloisehahn349@gmail.com*
*(219) 413-2353*

November 2, 2013

Clerk of the Court
U.S. Bankruptcy Court
701 E. Broad St.
Suite 4000
Richmond, VA   23218

Howard Sverbilow, Esquire
190 Fortenberry Road, Suite 107
Merritt Island, Florida 32952-3401

Jason M. Krumbein, Esquire
Krumbein Consumer Legal Services, Inc.
5310 Market Road, Suite 102
Richmond, VA   23230

In Re: 10-30161-DOT
    Adversary Proceeding Number:  13-03152-DOT
    Judge:  Douglas O. Tice Jr.

Dear Messrs. Clerk of the Court, Sverbilow, and Krumbein:

Enclosed please find my Motion for Continuance for hearing on Motion to Dismiss Adversary Complaint filed by Thomas Alan Minor filed by Howard M. Sverbilow, Esquire and/or Judgment on the Pleadings  and my Adversary Proceeding Counter Claim Complaint.  It is my impression that the presiding judge will not continue the matter currently scheduled

for December 3, 2013 at 2:00 p.m. I plan on attending the hearing in Richmond, VA on December 3, 2013, since I am unable to retain counsel due to my dire financial condition presently.

I am providing the Clerk of the Court two copies of the abovementioned pleading, one to be filed by the Clerk of the Court and the other for Judge Tice's legal assistant, Peggy. If settlement can be reached prior to the hearing I can be reached at (219) 413-2353. Thank you very kindly

Regards,

*[signature]*

Eloise K. Hahn

cc: Ron Terry, Esquire, Sands Anderson