*Eloise K. Hahn*
*313 East 1300 North*
*Chesterton, IN  46304*
*eloisehahn349@gmail.com*
*(219) 413-2353*



November 16, 2013

*Cindy Baumgartner*
*Deputy Clerk of the Court*
*U.S. Bankruptcy Court*
*701 E. Broad St.*
*Suite 4000*
*Richmond, VA  23218*

*Howard Sverbilow, Esquire*
*190 Fortenberry Road, Suite 107*
*Merritt Island, Florida 32952-3401*

*Jason M. Krumbein, Esquire*
*Krumbein Consumer Legal Services, Inc.*
*5310 Market Road, Suite 102*
*Richmond, VA  23230*

*Roy Terry, Esquire*
*Sands Anderson*
*P.O. Box 1998*
*Richmond, VA  232181998*

*In Re: 10-30161-DOT*
   *Adversary Proceeding Number:  13-03152-DOT*
   *Judge:  Douglas O. Tice Jr.*

*Dear Messrs. Deputy Clerk of the Court, Sverbilow, Krumbein, and Terry:*

*Enclosed please find my Notice of Motion for Continuance,*

*Motion for Continuance Motion to Dismiss Adversary Complaint*

*filed by Thomas A. Minor filed by Eloise K. Hahn (Baumgartner,*

*Cindy) and/or in the Alternative Judgment on the Pleadings, Second Memorandum in Support of Motion to Dismiss Adversary Complaint filed by Thomas Alan Minor filed by Eloise K. Hahn (Baumgartner, Cindy) and/or in the Alternative Judgment on the Pleadings, Request for a Hearing for Adversary Proceeding Counterclaim Complaint filed by Eloise K. Hahn, Manager dba Burke Financial LLC and Member of Win Par Hospitality Laredo LLC, and Adversary Proceeding Counter Claim Complaint filed by Eloise K. Hahn, Manager dba Burke Financial LLC and member of Winpar Hospitality Laredo LLC.*

*The cost to prepare these documents exceeds $1,000. Please file them and get back with me when my hearing date is scheduled. Howard Sverbilow's pleadings are scheduled for December 3, 2013. i need a hearing date for my pleadings as well. If my pleadings continue getting stricken from the record I have no recourse but to file a complaint with the Attorney Disciplinary Commission concerning Jason M. Krumbein's threats to me through Mr. Sverbilow, and a judicial inquiry concerning the conduct of the bankruptcy court's discrimination onto me, i.e., being hung up on when I attempt to be tied into these proceeding hearings and stricking my pleadings from the record. Mr. Sverbilow did not prepare a Notice for his motion. Apparently it was*

*accepted by you but not for me. You constantly send a deficiency notice to me attributing huge costs to reproduce duplicate and mail the proceedings again and again. Jason Krumbein was allowed to file his double sided pleadings but you disallowed my double sided pleadings. Again you are exhibiting acts of discrimination and I am getting sick and tired of your behavior to deliberately omit my pleadings from the record.*

*I have been threatened by both Minor and Krumbein. If you continue to strike my pleadings I have no other recourse but to file a discrimination complaint and personal injury lawsuit from harrassment, slander, and threats.*

*Please get back with me on my hearing. I want a hearing in September of 2014 because I will need to retain counsel for the hearing. I wouldn't dream of appearing in the courtroom solely without representation.*

*Regards,*

*E H*
Eloise K. Hahn