United States Bankruptcy Court
*Eastern District of Virginia*
Richmond Division



Case Number 10-30161-DOT
Chapter 7
Adversary and Counterclaim
Adversary Proceeding
Number 13-03152-DOT
Judge Douglas O. Tice Jr.

In re:

Thomas Alan Minor and Renee Scott Minor

Thomas Alan Minor

    Plaintiff

vs.

Eloise K. Hahn et al.,

    Defendants.

## NOTICE OF MOTION FOR CONTINUANCE

Comes now the defendant, Eloise K. Hahn, and she files this notice of motion for a continuance and states as follows:

1.    That the defendant, Eloise K. Hahn, has filed papers with this court seeking a continuance for her pleadings entitled Motion for Continuance, Second Memorandum in Support of Motion to Dismiss Adversary Complaint filed by Thomas Alan Minor filed by Eloise K. Hahn (Baumgartner, Cindy) and/or in the Alternate Judgment on the Pleadings, Counterclaim Adversary Proceeding

Complaint filed against Jason M. Krumbein and Alan T. Minor filed by Eloise K. Hahn, dba Manager of Burke Financial LLC, and Member of Win Par Hospitality Laredo, LLC, and Request for a Hearing filed by Eloise K. Hahn.

2.  That the defendant's counsel, namely Howard Sverbilow, has scheduled a hearing with respect to his Motion to Dismiss Adversary Complaint filed by Thomas A. Minor filed by Howard Sverbilow, Esquire (Baumgartner, Cindy) and/or in the Alternate Judgment on the Pleadings for December 3, 2013, at 2:00 P.M.

3.  That the defendant, Eloise K. Hahn, needs to retain local counsel in Richmond for her hearing and is unable to do that since her daughter is getting married on November 27, 2013, and she is obligated to attend a wedding family reunion in Arizona in December of 2013 as well.

If you do not want the court to grant the relief sought in the motion, second memorandum, and counterclaim adversary proceeding, or if you want the court to consider your views on the pleadings, then on or before 14 days from today, November 16, 2013, you or your attorney must:

File with this court and mail a copy to the defendant's counsel, at the address shown below, a written request for a hearing. If you mail your request for a hearing to the court for filing, you must

mail in early enough so the court will receive it on or before the date stated above.

>Deputy Clerk of the Court
>Attn: Cindy Baumgartner
>U.S. Bankruptcy Court
>701 E. Broad St., Suite 4000
>Richmond, VA 23219
>
>Howard M. Sverbilow, Esquire
>190 Fortenberry Road
>Suite 107
>Merritt Island, Florida 32952-3401

*Your attorney must also attend a hearing on December 3, 2013, at 2:00 p.m. before Judge Tice at 701 Broad St., Room 5100, Richmond, VA 23219.*

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought by the defendant, Eloise K. Hahn's, pleadings and may enter an order granting that relief.

November 16, 2013

>Eloise K. Hahn, Manager
>Burke Financial LLC
>Member, Win Par Hospitality
>Laredo LLC
>313 East 1300 North
>Chesterton, IN 46304

## CERTIFICATE OF SERVICE

I certify that I have transmitted a true copy of the foregoing pleadings, specifically Notice of Motion for Continuance, Motion for Continuance to Dismiss Adversary Complaint filed by Thomas A. Minor filed by Eloise K. Hahn (Baumgartner, Cindy) and/or in the Alternate Judgment on the Pleadings, Second Memorandum in Support of Motion

to Dismiss Adversary Complaint filed by Thomas A. Minor filed by

Eloise K. Hahn (Baumgartner, Cindy) and/or in the Alternate Judgment

on the Pleadings, Adversary Proceeding Counterclaim Complaint

against Jason M. Krumbein and Alan T. Minor filed by Eloise K. Hahn,

Manager dba Burke Financial LLC and Member of Win Par Hospitality

Laredo, LLC , and Request for a Hearing filed by Eloise K. Hahn

on November 16, 2013, by ~~priority~~ UPS ~~USPS~~ mail to the plaintiff,

Thomas A. Minor, Jason M. Krumbein Esquire, Howard Sverbilow, Esquire

Roy Terry, Esquire, and Cindy Baumgartner, Deputy Clerk of the Court

as follows:

> Alan T. Minor (priority usps mail)
> 11603 Hardwood Drive
> Midlothian, VA   23114
>
> Jason M. Krumbein, Esquire (email and ~~priority usps~~ UPS mail)
> Krumbein Consumer Legal Services, Inc.
> 5310 Market Road, suite 102
> Richmond, VA   23230
> jkrumbein@krumbeinlaw.com
>
> Howard M. Sverbilow, Esquire (email and ~~priority usps~~ UPS mail)
> 190 Fortenberry Road
> Suite 107
> Merritt Island, FL   32952-3401
>
> Roy Terry, Esquire (email and ~~priority usps~~ UPS mail)
> Sands Anderson
> P.O. Box 1998
> Richmond, VA   23218-1998
>
> Cindy Baumgartner,
> Deputy Clerk of the Court
> U.S. Bankruptcy Court
> 701 Broad St.
> Suite 4000
> Richmond, VA  23218

*[signature]*