United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA  23219

Case Number 10-30161-DOT
Chapter 7
Adversary Proceeding Number 13-03152-DOT
Judge  Douglas O. Tice Jr.

In re:  Thomas Alan Minor and Renee Scott Minor

Thomas Alan Minor



Plantiff(s)

v.

Eloise K. Hahn et. al.

Defendant(s)

Second Memorandum In Support of Motion to Dismiss Adversary Complaint
filed by Thomas Alan Minor filed by Eloise K. Hahn (Baumgartner,  Cindy)
and/or in the Alternative Judgment on the Pleadings

An examination of Plantiff's exhibit revealed that Defendant
inquired whether Plantiff had listed Defendant as a creditor.  The reason for
this inquiry was that failure to notify (Hahn) would not discharge the debt
if the claim was for fraud.  11 U.S.C. 523(A)(3) In re Geris, 240 B.R. 228
(W.D. VA 1999).   Defendant Hahn objects to the discharge of debt
in the amount of $250,000 from Minor based on fraud and affirmatively
states as follows:

1.      Minor purchased two lots, namely Lots 11 and 12, in Block

Number 2, Jacaman Ranch Subdivision, Unit 8, City of Laredo,

Texas, Webb County, commonly known as 6427 Polaris Drive

and 2311 Saturn Drive on  May 29, 2007, from Win Par Hospitality

Laredo LLC (LLC).  A title search for these two lots is hereto attached

in Exhibits A and B.

2.      That the sales price was not shown on the title search records

since the sales price was not disclosed to the county at the time of

purchase.

3.      That the accounting records of Win Par Hospitality Laredo LLC

document both Parson and Minor purchasing the two lots from the LLC on

September 30, 2007 for $328,000, a copy of which is hereto attached

in Exhibit C.

4.      That the accounting records of Win Par Hospitality Laredo LLC

(LLC) further document Parson using $149,003.22 of Hahn's capital to

pay off the mortgage note for Lots 11 and 12 with Laredo National Bank

on September 30, 2007.

5.      That Lots 11 and 12 were purchased by the LLC on

December 14, 2005, a copy of the settlement transaction is hereto

attached in Exhibit D.

6.      That a lien note from Laredo National Bank was issued to the

LLC at the time of purchase for Lots 11 and 12 in the amount of

$328,000.  A copy of the lien note is hereto attached in Exhibit E.

7.      That the warranty deeds conveyed to Minor on May 29, 2007,

for Lots 11 and 12 were free and clear of any liens and encumbrances once Hahn's capital was used to pay off the remaining balance of the mortgage note with Laredo National Bank for $328,000. Essentially, the LLC's bank account with Laredo National Bank was closed after Minor and Parson purchased the LLC's business property, being Lots 11 and 12.

8.      That Minor purchased a third lot adjacent to Lots 11 and 12 namely Lot 13 commonly known as 6428 Sinatra Parkway, Laredo, Texas, Webb County on May 31, 2007 from the selling parties Francisco Jr & Laura Pruneda in the amount of $988,190. At the time of purchase Minor financed the property with a one year mortgage note from Laredo National Bank in the amount of $743,000. A copy of the title search for lot 13 is hereto attached in Exhibit F.

9.      That Minor may have used as collaterol,  Lots 11 and 12s' equity for the purchase of Lot 13 in the amount of $248,000.

10.     That Hahn entered into a settlement agreement with Minor and Parson in April of 2008, specifically they would list the three lots for sale at $1,300,000. A copy of the settlement and listing agreement are hereto attached in Exhibit G.

11.     That the listing agent was instructed to remove the three lots from her listing prior to its expiration date of August 28, 2008.

12.     That Minor and Parson negotiated with other institutional lenders three mortgage modification agreements, each in the amount of $743,000. A title search for Lots 11, 12, and 13 have recorded these notes on

August 1, 2008. Further, title searches for Lots 11 and 12 do not record

a mortgage agreement prior to August 1, 2008.

13.    That the three lots, namely Lots 11, 12, and 13 were sold to

Compass Bank on February 3, 2009, each in the amount of $802,156

or a total sales transaction amount of $2,406,468.

14.    That the sale transaction date of February 3, 2009, occurred

about 6 months from the time the mortgage modification agreements

were recorded, being August 1, 2008.

15.    That  title searches for all three lots document NO foreclosure

activity .

16.    That Minor's email to Hahn on March 5, 2008, states an interest

rate of 8.5% for the debt service prior to August 1, 2008.  Additionally,

Minor advised Hahn that the bank would extend financing for the

lots since he knew Minor was trying to sell or develop the lots.  Further,

Minor advised Hahn that the bank had the deed and that he did not

want to ask for it and start a bunch of questions.  Apparently, the bank

was satisfied with Minor's focus on projects closer to home and that

he wanted to leave it that way.  Acopy of the email is hereto attached

in Exhibit H.

17.    That apparently Minor and Parson sold the three lots to Compass

Bank for $2,406,468 on February 3, 2009, through the bank's

intermediary, namely Claudia L. Garcia.

18.    That Minor and Parson have failed to pay Hahn to date, her

$250,000 capital contribution, as outlined in the attached promissary

note, a copy of which is hereto attached in Exhibit I.

19.     That Parson has not filed a bankruptcy proceeding to date in Brevard county.

20.     That Minor's chapter 7 bankruptcy proceeding in Richmond, VA has not disclosed the debt to Hahn in the amount of $250,000, nor has Minor disclosed his prior partnership interest with Win Par Hospitality LLC, pursuant to sections 523 and 524 of the bankruptcy code.

21.     That Hahn's additional capital contribution in excess of $71,000 was used by Parson to pay off the LLC's payable notes, including his his own note, as evidenced in the LLC's accounting records for 2008, a copy of which is hereto attached in Exhibit J.

22.     That Parson dissolved the LLC after his execution of the promissary note with Minor on September 17, 2009.

23.     That Hahn alleges Minor and Parson both receiving over a million dollars from the sale of the three lots on February 3, 2009, specifically Lots 11 and 12 were free from any liens or emcumbrances prior to the refinancing of the lots on August 1, 2008, and essentially the two lots had an equity line of credit of $743,000 each or a total equity line of credit of $1,486,000.

Wherefore Hahn objects to the discharge of debt to Hahn in the amount of $250,000 due to fraud. Wherefore Defendant Hahn demands judgment of the pleadings and collection for damages and attorney fees and/or dismissal.

Respectfully submitted,

Eloise K. Hahn
313 East 1300 North
Chesterton, IN   46304
eloisehahn349@gmail.com

I HEREBY CERTIFY that a true and correct copy of the foregoing has

been sent via priority U.S. *U P S* Mail to Howard Sverbilow, Esquire, 190 Fortenberry

Road, Suite 107, Merritt Island, Florida 32952-3401,  Jason M. Krumbein,

Esquire, 5310 Market Road, Suite 102, Richmond, VA, 23230,  Cindy

Baumgartner, Deputy Clerk of the Court, U.S. Bankruptcy Court,

701 E. Broad St., Suite 4000, Richmond, VA   23219,  Alan T. Minor,

11603 Hardwood Drive, Midlothian, Virginia   23114,  and Roy Terry,

Esquire, Sands Anderson, P.O. Box 1998, Richmond, VA   23218-1998,

on November 16, 2013

November 16, 2013                    Eloise K. Hahn
                                     Manager, Burke Financial LLC
                                     Member of Win Par Hospitality LLC
                                     313 East 1300 North
                                     Chesterton, IN   46304

**EXHIBIT A**

## Property Detail Report

For Property Located At :
**6427 POLARIS DR, LAREDO, TX 78041**



**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | NORTHPOINT PARK LTD | | |
| Mailing Address: | 517 SHILOH DR #1, LAREDO TX 78045-6722 C076 | | |
| Vesting Codes: | // CO | | |

### Location Information

| | | | |
|---|---|---|---|
| Legal Description: | JACAMAN RANCH, BLOCK 2, LOT 11, UNIT 8 | | |
| County: | WEBB, TX | APN: | 947-46002-110 |
| Census Tract / Block: | 16.02 / 2 | Alternate APN: | 319083 |
| Township-Range-Sect: | | Subdivision: | JACAMAN RANCH |
| Legal Book/Page: | | Map Reference: | / |
| Legal Lot: | 11 | Tract #: | |
| Legal Block: | 2 | School District: | S7 |
| Market Area: | | School District Name: | UNITED ISD |
| Neighbor Code: | CD94 | Munic/Township: | LAREDO |

### Owner Transfer Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

### Last Market Sale Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 03/14/2011 / 03/10/2011 | 1st Mtg Amount/Type: | $479,750 / CONV |
| Sale Price: | $599,687 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | ESTIMATED | 1st Mtg Document #: | 3061-681 |
| Document #: | 3061-676 | 2nd Mtg Amount/Type: | / |
| Deed Type: | SPECIAL WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | |
| New Construction: | | Multi/Split Sale: | MULTI |
| Title Company: | NEEL TITLE CORP | | |
| Lender: | FALCON INT'L BK | | |
| Seller Name: | COMPASS BK | | |

### Prior Sale Information

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 06/04/2007 / 05/29/2007 | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | 2370-115 | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | WARRANTY DEED | | |

### Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Year Built / Eff | / | Total Rooms/Offices | | Garage Area: | |
| Gross Area: | | Total Restrooms: | | Garage Capacity: | |
| | | | | | |
| Building Area: | | Roof Type: | | Parking Spaces: | |
| Tot Adj Area: | | Roof Material: | | Heat Type: | |
| Above Grade: | | Construction: | | Air Cond: | |
| # of Stories: | | Foundation: | | Pool: | |
| Other Improvements: | | Exterior wall: | | Quality: | |
| | | Basement Area: | | Condition: | |

### Site Information

| Zoning: | B-4 | Acres: | 0.67 | County Use: | |
| Lot Area: | 29,185 | Lot Width/Depth: | x | State Use: | VACNT-PLATTED-LOT-COMM (C2) |
| Land Use: | COMMERCIAL LOT | Commercial Units: | | Water Type: | |
| Site Influence: | | Sewer Type: | | Building Class: | |

**Tax Information**

| Total Value: | $131,330 | Assessed Year: | 2013 | Property Tax: | $3,277.27 |
| Land Value: | $131,330 | Improved %: | | Tax Area: | G3 |
| Improvement Value: | | Tax Year: | 2013 | Tax Exemption: | |
| Total Taxable Value: | | | | | |

**Street Map Plus Report**
For Property Located At



**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

### 6427 POLARIS DR, LAREDO, TX 78041

View Interactive Map

**Transaction History Report**
For Property Located At



**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

### 6427 POLARIS DR, LAREDO, TX 78041
**TRANSACTION HISTORY**

**History Record #:  1**
*Sale:*

| Sale Recording Date: | 03/14/2011 | Sale Price: | $599,688 |
| Sale Date: | 03/10/2011 | Sale Price Type: | ESTIMATED |
| Rec. Document #: | 3061-676 | Multi/Split Sale: | MULTI |
| Document Type: | SPECIAL WARRANTY DEED | Other Document #: | |

| Title Company: | NEEL TITLE CORP |
| Buyer: | NORTHPOINT PARK LTD |
| Seller: | COMPASS BK |

*Finance:*

| Mtg Recording Date: | 03/14/2011 | Mtg Loan Type: | CONV |
| Mtg Document #: | 3061-681 | Mtg Rate Type: | |
| Document Type: | DEED OF TRUST | Mtg Term: | 15 YEARS |
| Lender: | FALCON INT'L BK | Mtg Rate: | |
| Loan Amount: | $479,750 | Borrower Vesting: | // CO |
| Borrower 1: | NORTHPOINT PARK LTD | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #:  2**

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | 03/09/2009 | Sale Price: | $802,156 |
| Sale Date: | 02/03/2009 | Sale Price Type: | |
| Rec. Document #: | 2723-659 | Multi/Split Sale: | MULTI |
| Document Type: | TRUSTEE'S DEED | Other Document #: | |
| Title Company: | ATTORNEY ONLY | | |
| Buyer: | COMPASS BK | | |
| Seller: | GARCIA CLAUDIA L | | |

History Record #:  3

**Finance:**

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 08/01/2008 | Mtg Loan Type: | |
| Mtg Document #: | 2626-32 | Mtg Rate Type: | |
| Document Type: | MORTGAGE MODIFICATION AGREEMNT * OTHER | Mtg Term: | 1 YEARS |
| Lender: | INSTITUTIONAL LENDERS | Mtg Rate: | |
| Loan Amount: | $743,000 | Borrower Vesting: | // |
| Borrower 1: | MINOR THOMAS A | Orig. Recording Date: | |
| Borrower 2: | PARSONS WILLIAM R | Orig. Document #: | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:  4

**Sale:**

| | | | |
|---|---|---|---|
| Sale Recording Date: | 06/04/2007 | Sale Price: | |
| Sale Date: | 05/29/2007 | Sale Price Type: | |
| Rec. Document #: | 2370-115 | Multi/Split Sale: | MULTIPLE |
| Document Type: | WARRANTY DEED | Other Document #: | |
| Title Company: | | | |
| Buyer: | MINOR THOMAS A | | |
| Seller: | WINPAR HOSPITALITY LAREDO LLC | | |

**EXHIBIT B**

## Property Detail Report

**For Property Located At :**
**2311 SATURN DR, LAREDO, TX 78041**



U.S. TITLE RECORDS
PROPERTY & TITLE INFORMATION

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | NORTHPOINT PARK LTD | | |
| Mailing Address: | 517 SHILOH DR #1, LAREDO TX 78045-6722 C076 | | |
| Vesting Codes: | // CO | | |

### Location Information

| | | | |
|---|---|---|---|
| Legal Description: | JACAMAN RANCH, BLOCK 2, LOT 12, UNIT 8 | | |
| County: | WEBB, TX | APN: | 947-46002-120 |
| Census Tract / Block: | 16.02 / 2 | Alternate APN: | 319084 |
| Township-Range-Sect: | | Subdivision: | JACAMAN RANCH |
| Legal Book/Page: | | Map Reference: | / |
| Legal Lot: | 12 | Tract #: | |
| Legal Block: | 2 | School District: | S7 |
| Market Area: | | School District Name: | UNITED ISD |
| Neighbor Code: | CD94 | Munic/Township: | LAREDO |

### Owner Transfer Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

### Last Market Sale Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 03/14/2011 / 03/10/2011 | 1st Mtg Amount/Type: | $479,750 / CONV |
| Sale Price: | $599,687 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | ESTIMATED | 1st Mtg Document #: | 3061-681 |
| Document #: | 3061-676 | 2nd Mtg Amount/Type: | / |
| Deed Type: | SPECIAL WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | |
| New Construction: | | Multi/Split Sale: | MULTI |
| Title Company: | NEEL TITLE CORP | | |
| Lender: | FALCON INTL BK | | |
| Seller Name: | COMPASS BK | | |

### Prior Sale Information

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 06/04/2007 / 05/29/2007 | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | 2370-115 | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | WARRANTY DEED | | |

### Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Year Built / Eff: | / | Total Rooms/Offices | | Garage Area: | |
| Gross Area: | | Total Restrooms: | | Garage Capacity: | |
| Building Area: | | Roof Type: | | Parking Spaces: | |
| Tot Adj Area: | | Roof Material: | | Heat Type: | |
| Above Grade: | | Construction: | | Air Cond: | |
| # of Stories: | | Foundation: | | Pool: | |
| Other Improvements: | | Exterior wall: | | Quality: | |
| | | Basement Area: | | Condition: | |

### Site Information

| Zoning: | B-4 | Acres: | 0.78 | County Use: | |
| Lot Area: | 33,977 | Lot Width/Depth: | x | State Use: | VACNT-PLATTED-LOT-COMM (C2) |
| Land Use: | COMMERCIAL LOT | Commercial Units: | | Water Type: | |
| Site Influence: | | Sewer Type: | | Building Class: | |

**Tax Information**

| Total Value: | $152,900 | Assessed Year: | 2013 | Property Tax: | $3,815.53 |
| Land Value: | $152,900 | Improved %: | | Tax Area: | G3 |
| Improvement Value: | | Tax Year: | 2013 | Tax Exemption: | |
| Total Taxable Value: | | | | | |

Transaction
History Report
For Property
Located At

# U.S. TITLE RECORDS
PROPERTY & TITLE INFORMATION

## 2311 SATURN DR, LAREDO, TX 78041
### TRANSACTION HISTORY

**History Record #: 1**
*Sale:*

| Sale Recording Date: | 03/14/2011 | Sale Price: | $599,688 |
| Sale Date: | 03/10/2011 | Sale Price Type: | ESTIMATED |
| Rec. Document #: | 3061-676 | Multi/Split Sale: | MULTI |
| Document Type: | SPECIAL WARRANTY DEED | Other Document #: | |
| Title Company: | NEEL TITLE CORP | | |
| Buyer: | NORTHPOINT PARK LTD | | |
| Seller: | COMPASS BK | | |

*Finance:*

| Mtg Recording Date: | 03/14/2011 | Mtg Loan Type: | CONV |
| Mtg Document #: | 3061-681 | Mtg Rate Type: | |
| Document Type: | DEED OF TRUST | Mtg Term: | 15 YEARS |
| Lender: | FALCON INT'L BK | Mtg Rate: | |
| Loan Amount: | $479,750 | Borrower Vesting: | // CO |
| Borrower 1: | NORTHPOINT PARK LTD | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**History Record #: 2**
*Sale:*

| Sale Recording Date: | 03/09/2009 | Sale Price: | $802,156 |
| Sale Date: | 02/03/2009 | Sale Price Type: | |
| Rec. Document #: | 2723-659 | Multi/Split Sale: | MULTI |
| Document Type: | TRUSTEE'S DEED | Other Document #: | |
| Title Company: | ATTORNEY ONLY | | |
| Buyer: | COMPASS BK | | |

10/22/13   https://mail-attachment.googleusercontent.com/attachment/u/0/?ui=2&ik=6b7184e6508view=att&th=141e1d593e4f8942&attid=0.1&disp=inline&realattid=bbf...

Seller:            **GARCIA CLAUDIA L**

History Record #: **3**
*Finance:*

| | | | |
|---|---|---|---|
| Mtg Recording Date: | **08/01/2008** | Mtg Loan Type: | |
| Mtg Document #: | **2626-32** | Mtg Rate Type: | |
| Document Type: | **MORTGAGE MODIFICATION AGREEMNT * OTHER** | Mtg Term: | **1 YEARS** |
| Lender: | **INSTITUTIONAL LENDERS** | Mtg Rate: | |
| Loan Amount: | **$743,000** | Borrower Vesting: | **/ /** |
| Borrower 1: | **MINOR THOMAS A** | Orig. Recording Date: | |
| Borrower 2: | **PARSONS WILLIAM R** | Orig. Document #: | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #: **4**
*Sale:*

| | | | |
|---|---|---|---|
| Sale Recording Date: | **06/04/2007** | Sale Price: | |
| Sale Date: | **05/29/2007** | Sale Price Type: | |
| Rec. Document #: | **2370-115** | Multi/Split Sale: | **MULTI** |
| Document Type: | **WARRANTY DEED** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **MINOR THOMAS A** | | |
| Seller: | **WINPAR HOSPITALITY LAREDO LLC** | | |

**EXHIBIT C**

## General Ledger Report

Period End Range: 1/31/2007 Through 12/31/2007

| Account Jrnl Batch No. | Type | Document No. | Description | Jrnl Apl Date | Sys | IntCo | Subsid | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00-2650 - Notes Payable-IBC LAND LOAN | | | | Account Total: | NET | | <<No Activity>> | 0.00 | 26,000.00 |
| Open Balance: | A | | | | | | | 0.00 | 328,000.00 |
| | | | | 4/30/2006 | | | | | 328,000.00 |
| éd | A | 0930 | SOLD LAND TO BP/AT | | | | -328,000.00 | | |
| BB-0000000000022 | | | | Posted Starting Balance: | NET | | | 328,000.00 | 328,000.00 |
| | | | | Account Total: | NET | | 0.00 | 328,000.00 | 328,000.00 |
| 00-2675 - NOTES PAYABLE-ATM | | | | | | | | | |
| Open Balance: | | | | Posted Starting Balance: | NET | | 0.00 | 10,000.00 | 23,500.00 |
| Posted | | | | | | | | | |
| BB-0000000000019 | A | 010107 | WPLAR OWES ATM | BB  1/1/2007 | 4 | | | | 16,000.00 |
| BB-0000000000020 | A | 0227 | WPLAR OWES ATM | BB  2/27/2007 | 4 | | | | 7,500.00 |
| BB-0000000000020 | A | 0316 | WPLAR PAID ATM | BB  3/16/2007 | 4 | | | 10,000.00 | |
| | | | | Account Total: | NET | | -13,500.00 | 10,000.00 | 23,500.00 |
| 00-2690 - Notes Payable-AOG | | | | | | | | | |
| Open Balance: | | | | Posted Starting Balance: | NET | | 0.00 | 0.00 | 0.00 |
| Posted | | | | | | | | | |
| BB-0000000000020 | A | 0222 | WPLAR OWES AOG | BB  2/22/2007 | 4 | | | | 20,000.00 |
| BB-0000000000020 | A | 0419 | WIRE TRANSFER TO AOG | BB  4/19/2007 | 4 | | | 10,000.00 | |

Created : 3/21/2008   4:37:02PM

## General Ledger Report

Period End Range: 1/31/2007 Through 12/31/2007

| Account Jrnl Batch No. | Type | Document No. | Description | Jrnl Apl Date | Sys | IntCo | Subsid | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 00-2650 - Notes Payable-IBC LAND LOAN | | | | | | | | | |
| Open Balance: | A | | | 4/30/2006 | | | | 328,000.00 | |
| | | | | Posted Starting Balance: | NET | | | 0.00 | 328,000.00 |
| .sd BB-0000000000022 | A | 0930 | SOLD LAND TO BP/AT | BB 9/30/2007 | 4 | | | 328,000.00 | |
| | | | | Account Total: | NET | | | 328,000.00 | 328,000.00 |
| 00-2675 - NOTES PAYABLE-ATM | | | | | | | | | |
| Open Balance: | | | | Posted Starting Balance: | NET | | | 0.00 | 0.00 |
| Posted BB-0000000000019 | A | 010107 | WPLAR OWES ATM | BB 1/1/2007 | 4 | | | | 16,000.00 |
| BB-0000000000020 | A | 0227 | WPLAR OWES ATM | BB 2/27/2007 | 4 | | | | 7,500.00 |
| BB-0000000000020 | A | 0316 | WPLAR PAID ATM | BB 3/16/2007 | 4 | | | 10,000.00 | |
| | | | | Account Total: | NET | | | 10,000.00 | 23,500.00 |
| | | | | | | | | -13,500.00 | |
| 00-2690 - Notes Payable-ADG | | | | | | | | | |
| Open Balance: | | | | Posted Starting Balance: | NET | | | 0.00 | 0.00 |
| Posted BB-0000000000020 | A | 0222 | WPLAR OWES ADG | BB 2/22/2007 | 4 | | | | 10,000.00 |
| BB-0000000000020 | A | 0419 | WIRE TRANSFER TO ADG | BB 4/19/2007 | 4 | | | 10,000.00 | |
| | | | | | | | | 10,000.00 | 20,000.00 |
| | | | | | | | | 0.00 | 0.00 |
| | | | | Account Total: | NET | | <<No Activity>> | 0.00 | 26,000.00 |

Created : 3/21/2008   4:37:02PM

**EXHIBIT D**

**EXHIBIT E**

## Property Detail Report

**For Property Located At :**
**6428 SINATRA PKWY, LAREDO, TX 78041**



**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

Owner Information

| | |
|---|---|
| Owner Name: | NORTHPOINT PARK LTD |
| Mailing Address: | 517 SHILOH DR #1, LAREDO TX 78045-6722 C076 |
| Vesting Codes: | / / CO |

Location Information

| | | | |
|---|---|---|---|
| Legal Description: | JACAMAN RANCH, BLOCK 2, LOT 13, UNIT 8 | | |
| County: | WEBB, TX | APN: | 947-46002-130 |
| Census Tract / Block: | 16.02 / 2 | Alternate APN: | 319085 |
| Township-Range-Sect: | | Subdivision: | JACAMAN RANCH |
| Legal Book/Page: | | Map Reference: | / |
| Legal Lot: | 13 | Tract #: | |
| Legal Block: | 2 | School District: | S7 |
| Market Area: | | School District Name: | UNITED ISD |
| Neighbor Code: | CD94 | Munic/Township: | LAREDO |

Owner Transfer Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

Last Market Sale Information

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 03/14/2011 / 03/10/2011 | 1st Mtg Amount/Type: | $479,750 / CONV |
| Sale Price: | $599,687 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | ESTIMATED | 1st Mtg Document #: | 3061-681 |
| Document #: | 3061-676 | 2nd Mtg Amount/Type: | / |
| Deed Type: | SPECIAL WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | |
| New Construction: | | Multi/Split Sale: | MULTIPLE |
| Title Company: | NEEL TITLE CORP | | |
| Lender: | FALCON INT'L BK | | |
| Seller Name: | COMPASS BK | | |

Prior Sale Information

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 06/04/2007 / 05/31/2007 | Prior Lender: | LAREDO NAT'L BK |
| Prior Sale Price: | $988,190 | Prior 1st Mtg Amt/Type: | $743,000 / |
| Prior Doc Number: | 2370-118 | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | WARRANTY DEED | | |

Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Year Built / Eff: | / | Total Rooms/Offices | | Garage Area: | |
| Gross Area: | | Total Restrooms: | | Garage Capacity: | |
| | | | | | |
| Building Area: | | Roof Type: | | Parking Spaces: | |
| Tot Adj Area: | | Roof Material: | | Heat Type: | |
| Above Grade: | | Construction: | | Air Cond: | |
| # of Stories: | | Foundation: | | Pool: | |
| Other Improvements: | | Exterior wall: | | Quality: | |
| | | Basement Area: | | Condition: | |

Site Information

10/21/13        https://mail-attachment.googleusercontent.com/a... Document    Page 21 of 50 ...&th=141dc7bf71a7a6a1&attid=0.1&disp=inline&realattid=39...

| Zoning: | B-4 | Acres: | 0.79 | County Use: | |
| Lot Area: | 34,412 | Lot Width/Depth: | x | State Use: | VACNT-PLATTED-LOT-COMM (C2) |
| Land Use: | COMMERCIAL LOT | Commercial Units: | | Water Type: | |
| Site Influence: | | Sewer Type: | | Building Class: | |

Tax Information

| Total Value: | $184,110 | Assessed Year: | 2013 | Property Tax: | $4,594.37 |
| Land Value: | $184,110 | Improved %: | | Tax Area: | G3 |
| Improvement Value: | | Tax Year: | 2013 | Tax Exemption: | |
| Total Taxable Value: | | | | | |



Street Map
Plus Report
For Property
Located At

**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

**6428 SINATRA PKWY, LAREDO, TX 78041**

View Interactive Map



Transaction
History Report
For Property
Located At

**U.S. TITLE RECORDS**
PROPERTY & TITLE INFORMATION

**6428 SINATRA PKWY, LAREDO, TX 78041**
**TRANSACTION HISTORY**

History Record #:  1
*Sale:*

| Sale Recording Date: | 03/14/2011 | Sale Price: | $599,688 |
| Sale Date: | 03/10/2011 | Sale Price Type: | ESTIMATED |
| Rec. Document #: | 3061-676 | Multi/Split Sale: | MULTIPLE |
| Document Type: | SPECIAL WARRANTY DEED | Other Document #: | |

| Title Company: | NEEL TITLE CORP |
| Buyer: | NORTHPOINT PARK LTD |
| Seller: | COMPASS BK |

*Finance:*

| Mtg Recording Date: | 03/14/2011 | Mtg Loan Type: | CONV |
| Mtg Document #: | 3061-681 | Mtg Rate Type: | |
| Document Type: | DEED OF TRUST | Mtg Term: | 15 YEARS |
| Lender: | FALCON INT'L BK | Mtg Rate: | |
| Loan Amount: | $479,750 | Borrower Vesting: | / / CO |
| Borrower 1: | NORTHPOINT PARK LTD | | |
| Borrower 2: | | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #:  2

https://mail-attachment.googleusercontent.com/attachment/u/0/?ui=2&ik=6b7184e650&view=att&th=141dc7bf71a7a6a1&attid=0.1&disp=inline&realattid=39d0382...        2/3

### Sale:

| | | | |
|---|---|---|---|
| Sale Recording Date: | 03/09/2009 | Sale Price: | $802,156 |
| Sale Date: | 02/03/2009 | Sale Price Type: | |
| Rec. Document #: | 2723-659 | Multi/Split Sale: < /TD> | **MULTIPLE** |
| Document Type: | **TRUSTEE'S DEED** | Other Document #: | |
| Title Company: | **ATTORNEY ONLY** | | |
| Buyer: | **COMPASS BK** | | |
| Seller: | **GARCIA CLAUDIA L** | | |

History Record #: **3**

### Finance:

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 08/01/2008 | Mtg Loan Type: | |
| Mtg Document #: | 2626-32 | Mtg Rate Type: | |
| Document Type: | **MORTGAGE MODIFICATION AGREEMNT * OTHER** | Mtg Term: | **1 YEARS** |
| Lender: | **INSTITUTIONAL LENDERS** | Mtg Rate: | |
| Loan Amount: | $743,000 | Borrower Vesting: | / / |
| Borrower 1: | **MINOR THOMAS A** | Orig. Recording Date: | |
| Borrower 2: | **PARSONS WILLIAM R** | Orig. Document #: | |
| Borrower 3: | | | |
| Borrower 4: | | | |

History Record #: **4**

### Sale:

| | | | |
|---|---|---|---|
| Sale Recording Date: | 06/04/2007 | Sale Price: | $988,190 |
| Sale Date: | 05/31/2007 | Sale Price Type: | **ESTIMATED** |
| Rec. Document #: | 2370-118 | Multi/Split Sale: | |
| Document Type: | **WARRANTY DEED** | Other Document #: | |
| Title Company: | | | |
| Buyer: | **MINOR TOMAS A** | | |
| Seller: | **PRUNEDA FRANCISCO JR & LAURA** | | |

### Finance:

| | | | |
|---|---|---|---|
| Mtg Recording Date: | 06/04/2007 | Mtg Loan Type: | |
| Mtg Document #: | 2370-122 | Mtg Rate Type: | |
| Document Type: | **DEED OF TRUST** | Mtg Term: | **1 YEARS** |
| Lender: | **LAREDO NAT'L BK** | Mtg Rate: | |
| Loan Amount: | $743,000 | Borrower Vesting: | / / |
| Borrower 1: | **MINOR TOMAS A** | | |
| Borrower 2: | **PARSONS WILLIAM R** | | |
| Borrower 3: | | | |
| Borrower 4: | | | |

**EXHIBIT F**

**EXHIBIT G**

IN THE CIRCUIT CIVIL COURT OF
THE 18TH JUDICIAL CIRCUIT IN AND
FOR BREVARD COUNTY, FLORIDA

**ELOISE K. HAHN** dba
Burke Financial, LLC,

Case No.: 05-2007-CA-69527-XXXX-XX

      Plaintiff,

v.

**WILLIAM R. PARSONS** dba
WinPar Hospitality, LLLP,

      Defendant.

_____/

## STIPULATION OF SETTLEMENT

COME NOW Plaintiff and Defendant and stipulate and agree as follows:

1.    All Parties hereto have reached an amicable resolution of this cause.

2.    The proper parties to this cause are Burke Financial, LLC, an Illinois limited liability company and WinPar Hospitality Laredo, LLC, a Florida limited liability company.

3.    Plaintiff Eloise K. Hahn has no cause of action against, and no liability attaches to Defendant William R. Parsons, or any other member of WinPar Hospitality Laredo, LLC, a Florida limited liability company and this Stipulation of Settlement shall be deemed a General Release in favor of the signatories hereto and entities which they represent, other than her, individually and Burke Financial, LLC.

4.    Not later than April 16, 2008, the real property described in Exhibit A, attached hereto and made a part hereof by reference, located within the State of Texas shall be listed for a total sale amount of $1,300,000.00. The entity known as Lula Morales Realty, Inc., whose business address is 5615 San Dario, Suite 101, Laredo, TX 78041, shall be designated as Seller's Real Estate Agent.

5.    From the proceeds of sale of the real property described in Exhibit A hereto, there shall first be paid funds sufficient to satisfy all liens, mortgages, taxes, encumbrances and commissions appertaining thereto. From the remaining (net) proceeds of sale, WinPar Hospitality Laredo, LLC, shall pay Burke Financial, LLC, Two-Hundred Fifty Thousand Dollars ($250,000.00) and its proportional share of 18.2% of all sums in excess of said amount.

6.    This cause is hereby dismissed with prejudice

7.    The parties hereto represent that they have full authority to bind themselves and the entities designated as part of the signature blocks hereto.

8.    This Stipulation of Settlement may be executed in counterparts and facsimiles, each of which shall be considered an original.

Dated: _April 3, 2008_                     Dated: _April 8th 2008_


_Eloise K. Hahn_                           _William R. Parsons_
Eloise K. Hahn, individually, as Plaintiff  William R. Parsons, individually, as
and as Managing Member of Burke            Defendant, and as General Partner of WinPar
Financial, LLC                             Hospitality, LLLP, Managing Member of
                                           WinPar Hospitality Laredo, LLC

                                           Dated: _4-11-08_


                                           _T. Alan Minor_
                                           T. Alan Minor, individually and as Member,
                                           WinPar Hospitality Laredo, LLC

IN THE CIRCUIT CIVIL COURT OF
THE 18TH JUDICIAL CIRCUIT IN AND
FOR BREVARD COUNTY, FLORIDA

**ELOISE K. HAHN** dba
Burke Financial, LLC,

Case No.: 05-2007-CA-69527-XXXX-XX

    Plaintiff,

v.

**WILLIAM R. PARSONS** dba
WinPar Hospitality, LLLP,

    Defendant.

_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Stipulation of Settlement

attached hereto has been provided to **Eloise K. Hahn**, Plaintiff, 1631 S. Clarence Ave., Suite 2,

Berwyn, IL 60402, by U.S. Mail, this 17th day of April, 2008.

HOWZE, MONAGHAN & THERIAC, PLC
Attorneys for Defendant


By: _____
   J. Wesley Howze, Esq.
   Florida Bar No.: 0181300
   96 Willard Street, Suite 302
   Cocoa, FL 32922
   (321) 639-1320

*lulaemorales @ aol.com*



TEXAS ASSOCIATION OF REALTORS®

# COMMERCIAL REAL ESTATE LISTING AGREEMENT
# EXCLUSIVE RIGHT TO SELL

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS® IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2008

1. **PARTIES:** The parties to this agreement (this Listing) are:

Seller: _____ **WINPAR HOSPITALITY LAREDO, LLC** _____

| | |
|---|---|
| Address: | **P.O. BOX 32154** |
| City, State, Zip: | **COCOA BEACH, FL 32932** |
| Phone: **804-423-6412/866-562-2147** | Fax: **866-331-3568** |
| E-Mail: | **DCMMTG@CS.COM** |

Broker: _____ **LULA MORALES REALTY, INC.** _____

| | |
|---|---|
| Address: | **5615 SAN DARIO SUITE 101** |
| City, State, Zip: | **LAREDO TX 78041** |
| Phone: **724-9094** | Fax: **724-2084** |
| E-Mail: | **LULAEMORALES@AOL.COM** |

Seller appoints Broker as Seller's sole and exclusive real estate agent and grants to Broker the exclusive right to sell the Property.

2. **PROPERTY:**

A. "Property" means the following real property in Texas:

| | | | |
|---|---|---|---|
| Address: **2311 SATURN/6427 POLARIS** | | **6428 SINATRA PARKWAY** | |
| City: **LAREDO** | County: **WEBB** | Zip: **78041** | |

Legal Description *(Identify exhibit if described on attachment):* _____

**LOT 11 BLOCK 2 JACAMAN RANCH UNIT 8 (6427 POLARIS DR)**
**LOT 12 BLOCK 2 JACAMAN RANCH UNIT 8 (2311 SATURN DR.)**
**LOT 13 BLOCK 2 JACAMAN RANCH UNIT 8 (6428 SINATRA PARKWAY)**

_____

B. Except as otherwise provided in this Listing, Broker is to market the Property together with:
   (1) all buildings, improvements, and fixtures;
   (2) all rights, privileges, and appurtenances pertaining to the Property, including Seller's right, title, and interest in any minerals, utilities, adjacent streets, alleys, strips, gores, and rights-of-way;
   (3) Seller's interest in all leases, rents, and security deposits for all or part of the Property;
   (4) Seller's interest in all licenses and permits related to the Property;
   (5) Seller's interest in all third party warranties or guaranties, if transferable, relating to the Property or any fixtures;
   (6) Seller's interest in any trade names, if transferable, used in connection with the Property; and
   (7) all Seller's tangible personal property located on the Property that is used in connection with the Property's operations except: _____ **N/A** _____ .

*(Describe any exceptions, reservations, or restrictions in Special Provisions or an addendum. If the Property is a condominium, attach Condominium Addendum.)*

(TAR-1301) 1-23-08      Initialed for Identification by Broker/Associate _____ and Seller **WP** , **TAM**      Page 1 of 9

Commercial Listing concerning _____ **6427 POLARIS/2311 SATURN/6428 SINATRA PARKWAY**

**3. LISTING PRICE:**

A. Seller instructs Broker to market the Property at the following gross sales price: $ **1,300,000.00**
**One million three hundred thousand** (Listing Price).

B. Seller agrees to sell the Property for the Listing Price or any other price acceptable to Seller. Seller will pay all typical closing costs charged to sellers of commercial real estate in Texas (seller's typical closing costs are those set forth in the commercial contract forms published by the Texas Association of REALTORS®) except **N/A**

**4. TERM:**

A. This Listing begins on **FEBRUARY 27, 2008** and ends at 11:59 p.m. on **AUGUST 27, 2008** .

B. If Seller enters into a binding written contract to sell the Property before the date this Listing begins and the contract is binding on the date this Listing begins, this Listing will not commence and will be void.

**5. BROKER'S FEE:**

A. <u>Fee</u>: When earned and payable, Seller will pay Broker a fee of:

☒ (1) _**5**_ % of the sales price.

☐ (2) **N/A**

B. <u>Earned</u>: Broker's fee is earned when any one of the following occurs during this Listing:
  (1) Seller sells, exchanges, agrees to sell, or agrees to exchange all or part of the Property to anyone at any price on any terms;
  (2) Broker individually or in cooperation with another broker procures a buyer ready, willing, and able to buy all or part of the Property at the Listing Price or at any other price acceptable to Seller;
  (3) Seller grants or agrees to grant to another person an option to purchase all or part of the Property;
  (4) Seller transfers or agrees to transfer all or part of Seller's interest (stock or shares) in any entity that holds title to all or part of the Property for the purpose of conveying all or part of the Property to another person; or
  (5) Seller breaches this Listing.

C. <u>Payable</u>: Once earned, Broker's fee is payable either during this Listing or after it ends at the earlier of:
  (1) the closing and funding of any sale or exchange of all or part of the Property;
  (2) Seller's refusal to sell the Property after Broker's Fee has been earned;
  (3) Seller's breach of this Listing; or
  (4) at such time as otherwise set forth in this Listing.

Broker's fee is <u>not</u> payable if a sale of the Property does not close or fund as a result of: (i) Seller's failure, without fault of Seller, to deliver to a buyer a deed or a title policy as required by the contract to sell; (ii) loss of ownership due to foreclosure or other legal proceeding; or (iii) Seller's failure to restore the Property, as a result of a casualty loss, to its previous condition by the closing date set forth in a contract for the sale of the Property.

D. <u>Other Fees:</u>
  (1) <u>Lease of Property</u>: If during this Listing, Broker procures a tenant to lease all or part of the Property and Seller agrees to lease all or part of the Property to the tenant, Seller will pay Broker at the time the lease is executed the fee described below. If, during the term of the lease, the tenant agrees to purchase all or part of the Property, Seller will pay Broker the fee specified in Paragraph 5A.

# EXHIBIT H

Exhibit H provided
in 11/2/13 transmittal
will provide email @
trial.

**EXHIBIT I**

# Promissory Note

$ 250,000.00

**FOR VALUE RECEIVED**, the undersigned, Thomas A Minor and William Parsons (the "Borrowers"), hereby acknowledges themselves indebted to Eloise Hahn (the "Lender") and promises to pay to or to the order of the Lender at 1631 S Clarence AVE Berwyn IL 60402 or as otherwise directed in writing by the Lender, the principal sum of **$250,000.00 (Two Hundred Fifty Thousand Dollars).**

The principal sum shall be due and payable as follows:

1.      The entire principal sum shall be paid on **a best efforts basis**.

The Lender may assign all of its right, title and interest in, to and under this promissory note.

**DATED: September 17, 2009**

_____
Thomas A Minor  September 17, 2009

_____
William Parsons September 17, 2009

On 9/17/09 Alan Minor + Bill (William) Parsons who are personally known to me did sign.

(Annette B Poore
(Notary)
Commission Exp: 3/1/11

_____
Eloise Hahn

ANNETTE B. POORE
Notary Public - State of Florida
My Commission Expires Mar 1, 2011
Commission # DD 638293
Bonded Through National Notary Assn.

**EXHIBIT J**

WIN PAR HOSPITALITY, LLLP
GENERAL LEDGER YTD
December 31, 2008

| | | Debits | Credits | Ending Balance |
|---|---|---|---|---|
| Organizational Cost | 00-1663 | 0.00 | 0.00 | 131,000.00 |
| Franchise Fees | 00-1740 | 0.00 | 0.00 | 25,000.00 |
| Accounts Payable Bal Sheet | 00-2100 | 0.00 | 0.00 | (104,733.01) |
| Notes Payable - WINPAR LLLP | 00-2620 | 0.00 | 0.00 | (6,400.71) |
| Notes Payable - BILLCAPAR | 00-2630 | 0.00 | 0.00 | (3,300.00) |
| Loan-Randy Lohr | 00-2640 | 0.00 | 0.00 | (26,000.00) |
| Notes Payable-WPLEX | 00-2645 | 0.00 | 0.00 | (10,000.00) |
| NOTES PAYABLE-ATM | 00-2675 | 0.00 | 0.00 | (13,500.00) |
| Hahn-Capital Bal Sheet | 00-2701 | 0.00 | 0.00 | (71,696.78) |
| Retained Earnings | 00-3300 | 0.00 | 0.00 | 67,491.75 |
| Income Summary | 00-3350 | 0.00 | 0.00 | (12,138.75) |
| Current Earnings | 00-3400 | 0.00 | 0.00 | 12,138.75 |
| Total | (100... | 0.00 | 0.00 | (12,138.75) |

**ADDENDUM**

# Kevin L. Willis
## Attorney at Law
### 2137 S. Euclid Ave., Ste. #3
### Berwyn, Illinois  60402
### (708)484-1000/484-1140 fax

February 6, 2006

Fax: 866-331-3568

Mr. T. Alan Minor

Re: Eloise Hahn – Laredo, TX Quality Inn

Dear Mr. Minor:

As you are aware, I am the attorney for Ms. Hahn. I have discussed the above investment with Ms. Hahn at great length. Ms. Hahn has instructed me to inform you that she is no longer interested in the Laredo, TX property.

Thank you for you consideration.

Yours truly,

Kevin L. Willis
KLW/dkd

Note: Minor threatened to sue me if I would not send the cash. He did so since he withdrew alot of his capital contribution ($130,000) upon receipt of my deposit.



Dcmmtg@cs.com          To

03/06/2006 12:54 PM    Subject  Process

History:                &P This message has been replied to.

Ellie,

When you execute the agreement, Bills attorney will update the LLC and all papers will be signed and notarized.  Once you have your paperwork you will need to overnight a check to:

**Wilfredo (Willie) Martinez, Jr. Vice- President**
**International Bank of Commerce**
**1200 San Bernardo Ave.**
**PO Drawer 1359**
**Laredo, TX 78042-1359**
**Ph. 956-722-7611 Ext. 26356**

**For Credit to:**
**Winpar Hospitality Laredo LLC**
**Routing Number: 114902528**
**Account Number: 6001323623**

T. Alan Minor
President
Commercial Services
Diversified Commercial Mortgage
(P) 804-423-6412
(P) 866-562-2147
(F) 866-331-3568

# Confirmation Report — Memory Send

Page       : 001
Date & Time: Mar-30-06  12:02pm
Line 1    : +13128864235
Machine ID : US EPA

| | | |
|---|---|---|
| Job number | : | 896 |
| Date | : | Mar-30  12:01pm |
| To | : | ☎913124543856 |
| Number of pages | : | 001 |
| Start time | : | Mar-30  12:01pm |
| End time | : | Mar-30  12:02pm |
| Pages sent | : | 001 |
| Status | : | OK |

Job number   : 896          *** SEND SUCCESSFUL ***

March 30, 2006

## MEMORANDUM

TO:      James Abraham via facsimile (312) 454-3856
         Vice President of Investments
         Stifel Nicolaus

FROM:    Eloise Hahn

RE:      Acont No. 31348898

Please wire $220,700 of monetary funds to:

International Bank of Commerce
1200 San Bernado Ave
Laredo, TX 78042
Ph. 956-722-7611

The money should be credited to Winpar Hospitality Laredo LLC

Routing #1140902528
Account # 6001323623

Please email me receipt that this was done today. My email address is: hahn.eloise@epa.gov

I would also appreciate if you email my business partner Alan Minor a copy of receipt as well.

His email address is: Dcmmts@cs.com. Thank you very kindly.

CERTIFICATE No. 01

Issued to BURKE FINANCIAL, LLC

Dated APRIL 10

For ___ 18.2 ___ Units

For _____ on.

Received Certificate No. _____

For _____, Units

Dated _____, 2006.

From whom transferred

Dated _____

| No. ORIGINAL CERTIFICATE | No. of ORIGINAL UNITS | No. OF UNIT S TRANSFERRED |
|---|---|---|

01

Membership Certificate

UNITS
18.2

WinPar Hospitality Laredo, LLC

A LIMITED LIABILITY COMPANY

BURKE FINANCIAL, LLC

ORGANIZED UNDER THE LAWS OF
THE STATE OF FLORIDA

This Certifies That

18.2 of 100 Authorized

_____ is the owner

Units of the above Limited Liability Company
transferable only on the books of the Limited Liability Company by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed, and is entitled to the full rights and privileges of such membership subject to the duties and obligations as more fully set forth in the Company's Articles of Organization/Operating Agreement/Regulations for this Limited Liability Company. Each of these Units is subject to restrictions in the books of the Limited Liability Company.

Units of the above Limited Liability Company has issued this Certificate to be executed by its duly authorized Member(s)/Manager(s) and its Limited Liability Company Seal to be hereunto affixed this 10TH day of APRIL A.D. 2006.

In Witness Whereof, The said Limited Liability Company

WILLIAM R. PARSONS, MANAGER
MEMBER

_____
MEMBER

THIS PROJECT
() This Document Contains Strictly Features See Back For Details

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date:  September 18, 2010
Claim Number:  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HA

000007 MCSM74 N4  3.100
LOUISE HAHN FOR
ELOISE K HAHN
313 E 1300 N
CHESTERTON, IN 46304-9612

ELOISE K HAHN is entitled to monthly disability benefits beginning
December 2010.

We have chosen you to be her representative payee.  Therefore, you will
receive her checks and use the money for her needs.

## The Date You Became Disabled

We found that ELOISE K HAHN became disabled under our rules on
June 23, 2010.  This is different from the date given on the application.

Also, she has to be disabled for 5 full calendar months in a row before she
can be entitled to benefits.  For these reasons, her first month of entitlement
to benefits is December 2010.

## What We Will Pay And When

- You will receive $1,887.00 for December 2010 around January 12, 2011.

- After that you will receive $1,887.00 on or about the second Wednesday
  of each month.

- These and any future payments will go to the financial institution you
  selected.  Please let us know if you change your mailing address, so we
  can send you letters directly.

The day we make payments on this record is based on ELOISE K HAHN's
date of birth.

No payment is due at this time because of adjustments made to his benefits.

Enclosure(s):
Pub 05-10076
Pub 05-10153
Pub 05-10058

C                              See Next Page



2. A medical condition that is defined as a disease or injury.  *[handwritten: Note: I am going to seek legal counsel for personal injury case]*

3. The relationship between your service deficiency and your medical condition(s) must show that your medical condition caused your service deficiency.

4. Your disabling medical condition is expected to continue for at least one year from the date you filed your application for disability retirement.

5. Your inability to render useful and efficient service began while serving under the Civil Service Retirement System (CSRS) or the Federal Employees Retirement system (FERS)

6. Your employing agency was unable to make reasonable accommodation for your medical condition.

7. You did not decline an offer of reassignment to a vacant position within your employing agency and commuting area at the same grade or pay level and tenure for which you are qualified.

Our discussion will explain why you did not meet the criteria for disability retirement.

## DISCUSSION

*[handwritten: May 2007, color minor began to see one see]*

You reported you were unable to perform as an Environmental Engineer since May 2007, because of Bipolar illness. *[handwritten: Note]*

Your supervisor reported your performance became unacceptable on May 17, 2007, but your medical records do not support that your condition had worsened and precluded you from performing useful and efficient service prior to your resignation in July 2008.

In a psychiatric evaluation on August 26, 2010, Dr. Anand Popli reported you were seen by Dr. Sheldon Greenberg, psychiatrist and your medications were prescribed by Dr. David Edelberg, family physician. He noted that your mental status examination was positive for increased psychomotor agitation, tense mood, and affect, hypomanic; but the remainder of your examination was normal. His diagnosis is Bipolar disorder, hypomanic. However, we do not have medical reports from your treating physicians prior to 2010. *[handwritten margin notes: oris's, physicians, rdur]*

Dr. Popli indicated your initial treatment plan would be to fill out a mood disorder questionnaire, and Bipolar Spectrum Scale, and medication log. He made suggestions for medication changes and possibly adding some medications but you were not in agreement to adding certain medication. Dr. Popli reported that your condition was guarded.

In September 2010, Dr. Popli reported you had a difficult time concentrating due to flight of ideation and your impaired mood state, during his initial evaluation in August 2010. He noted




# SOUTHERN SURPRISES

10 south suburban restaurants that satisfy

**Dining**

# Chicago Tribune

QUESTIONS? CALL 1-800-TRIBUNE

**THURSDAY, OCTOBER 24, 2013**

BREAKING NEWS AT CHICAGOTRIBUNE.COM



# After 7 years, fraud victims await justice

**Bilked investors see little relief, but con man free**

**By Jason Meisner**
*Tribune reporter*

Myra Jo Fraley was looking for a little cushion for retirement when she invested in what



learned it was a scam, her money was gone. Now, more than seven years after federal authorities charged the con artist who ripped off her and thousands of others across the country, Fraley survives on Social Security and her late husband's modest pension. She feels she's still waiting for justice to be



# Frustrated fraud victims not repaid



AVANTI PHOTO1

...s CEO of Avanti Motor Corp. He was later convicted of scamming thousands of victims in a vast real estate Ponzi scher

**Continued from Page 1**

an estimated $340 million.

After Kelly's arrest, authorities embarked on an extraordinary effort to repay the mostly elderly victims as much money as possible by selling off tens of millions of dollars worth of real estate, a corporate plane, luxury cars, nightclubs and other holdings in his vast portfolio that stretched from the trendiest sections of Mexico to the beaches of Panama City.

But what investigators found was a tangle of properties in various stages of completion, often encumbered by foreign laws and devalued by the worldwide recession that devastated the luxury travel and real estate markets. Many have wound up being unloaded for far less than initially expected — at a painstakingly slow pace.

Earlier this month, with attorney and consulting fees stemming from the sales continuing to mount, victims were notified the process could last well into next year and that they will likely get less than one-fifth of their investments back.

Adding to investors' frustration is what some view as lenient treatment doled out to Kelly, 64, who is sick with colon

CHRIS TODD/PHOTO FOR THE TRIBUNE

Wayne and Winky Touchstone, who live near Laurel, Miss., say they lost $460,000, most of their retirement savings, in an investment fraud scheme involving Michael Kelly. Efforts to sell Kelly's property and repay victims have been difficult.

## "This has gone on long enough and I do not believe that he deserves one iota of consideration."

— *Myra Jo Fraley, about restitution for money scammed by Michael Kelly, who got out of prison early because he is ill*

ing already spent six years in federal custody awaiting trial. U.S. District Judge Ronald Guzman allowed him to post bond on the remaining counts and live temporarily in his wife's Indiana home while he undergoes chemotherapy.

Initially scheduled to last a few months, the bond was extended indefinitely over the summer. At a hearing this month, prosecutors told the judge they were close to resolving the case, indicating another guilty plea to additional charges could be in the works.

Prosecutors say the effort to recoup the victims' money has been unprecedented and that even 20 percent would be far beyond the typical amount recovered in a fraud case. And the plea deal was the only way to ensure restitution for victims given Kelly's ill health.

Still, while all this has unfolded, the patience of many of Kelly's victims has worn thin. A number of investors have died waiting for a resolution, leaving heirs to take up their cause.

Others have written to the court alleging that those in charge of selling Kelly's assets and cutting checks to victims have dragged their feet to allow huge fees to pile up. Some believe Kelly should remain behind bars in spite of his illness.

"If for one just wish they would sell all his holdings for the best price and send us as much as they can before we all die," Fraley said in a handwritten letter to the court earlier this year. "This has gone on long enough and I do not believe that he deserves one iota of consideration."

### 'Unconventional fraud'

winning the approval of the local governor and working with well-known developers and architects. To facilitate construction, Kelly even bought his own nearby quarry to supply the massive amounts of landfill needed to fill in swampland.

But like so many of Kelly's properties, Puerto Cancun was poorly managed and marred by sloppy record keeping, making it difficult for authorities to market once they gained control. It operated in a country where real estate deals are the purview of

downtown Panama City. Despite its prime location, the luxury hotel is beset with massive liens and tax issues that are a huge red flag to investors.

Recently, an offer for the Panama hotel came in for $4 million, but after all the encumbrances are factored and legal fees and closing costs are paid, less than $400,000 is expected to be left to put into the fund for Kelly's victims.

"We are extricating ourselves as best we can from it," Douglas Doetsch, the lawyer in charge of the

tims who had to be vetted first to make sure they were legitimately owed money and how much.

Doetsch told the Tribune he sympathizes with the victims' frustrations and is committed to finishing the sell-off of assets as quickly as possible.

"I want to put myself out of business," he said.

Meanwhile, Guzman has agreed to raise attorneys fees for Doetsch's law firm, Mayer Brown, to $538 an hour from $465 an hour for its work. Another law firm has a team of attorneys and

from Laurel, Miss., who invested in a time share in the late 1990s at the recommendation of his financial planner and lost more than $460,000 of his retirement savings to Kelly's scheme, said he and his wife had planned to travel and enjoy a hard-earned early retirement. Now he keeps tabs on Kelly's case via the website set up for victims as well as mailings from the court. Every time he sees more cash going to lawyers, his blood boils.

"They show you there is money pending, then it dis-

Since his release from the Metropolitan Correctional Center in December, Kelly has been staying in a modest, ranch-style house off a rural road near Potato Creek State Park in northern Indiana, not far from his hometown of Lakeville where he began building his investment empire two decades ago.

On a recent afternoon, a frail-looking Kelly answered the door for a Tribune reporter but declined to comment. Half-depleted balloons from his grandson's birthday party still hung in the dining room.

As a younger man, Kelly had a passion for the auto industry and made a name for himself in the 1980s by rescuing from bankruptcy the famed Avanti Motor Corp., the heir of the Studebaker line.

He updated the company's iconic sedan and opened a new assembly line in Ohio, but the operation never fully got off the ground. Later he moved Avanti to Mexico, funding it in part with ill-gotten gains from his real estate scheme, prosecutors allege.

But it was as a salesman that Kelly made his mark. To finance his developments, he created a scheme of "universal leases," paying exorbitant commissions to a nationwide network of brokers who conned investors into buying 25-year leases on a hotel room for one week each year. Investors could use the room for themselves, lease it to someone else or use another company — secretly controlled by Kelly — to lease the rooms at guaranteed annual returns as high as 11 percent. Virtually every investor chose the third option.

For most of the scheme, payouts were fueled, hr

leave nothing to salvage after their inevitable collapse. But after Kelly's scam imploded, authorities found — with Kelly's cooperation — a horde of real estate and other assets, from hotels already up and running to massive residential developments in the midst of construction.

"In nearly four decades of practicing (law), I have never seen a scheme to defraud where the defendant actually invested hundreds of millions into valuable property," said Kelly's attorney, Jeffrey Steinback. "In his mind, there was an exit strategy where he could possibly settle with everyone and get out ... It was a very unconventional fraud.

The crown jewel of Kelly's portfolio was Puerto Cancun, a sumptuous, 800-acre development on the ocean featuring luxury homes set on private canals, a golf resort, a hotel, a marina and condominiums. After others had failed, Kelly took over the project more than a decade ago,

greased with bribes, Kelly's arrest had also made news in Mexico, scaring many potential buyers away. Even weather played a factor. Investors were still skittish over the possibility of another hurricane after Wilma devastated Cancun in 2005.

When a buyer finally came forward in 2011, victims were notified that a sale was imminent and given a chance to voice their approval or not. One victim, Charles Thompson, sent an email imploring authorities to "get this show on the road."

"My GOD how long is this gonna take??!" he wrote.

Puerto Cancun was finally sold last year for about $50 million after expenses, but other properties have been even more difficult to unload. On a recent morning at the Dirksen U.S. Courthouse in Chicago, attorneys updated the judge on the latest Kelly asset to hit the blocks — a 137-room hotel just off the beach in

was reluctantly approved the sale.

One by one, agreements are being reached for Kelly's other assets. Last month, the judge approved orders to sell two of Kelly's beachfront mansions in Cancun to developers for a combined $3.65 million, as well as a cruising yacht named C'est la Vie for an additional $105,000. Lawyers told the judge they hoped an old health club Kelly had owned in town would fetch more than $1 million despite its decayed condition.

"It's an unhealthy health club, you're telling me?" Guzman quipped.

## Lawyer fees rise, his blood boils

Four years have passed since Guzman appointed Doetsch — known in legal circles as a guru of Latin American corporate deals — as "special master" of the Kelly sales. Last year, $50 million was disbursed to thousands of eligible vic-

cutting checks to victims. And there have been myriad consultants, financial advisers and contractors paid for work done in Mexico and Panama.

For just the first eight months of 2012, Doetsch listed more than $2.7 million in a court filing for legal fees and administrative expenses.

When he signed the order to raise the legal fees in August, Guzman said he was aware the costs were high but that the government does not have the resources or the know-how to investigate and conduct intricate financial dealings in foreign countries.

"Those who do, charge accordingly," the judge noted.

That has infuriated some victims who believe the delays are intentional to keep the cash rolling in to attorneys and their cronies while victims sit and wait for their money.

Wayne Touchstone, a retired oil company laborer

that," Touchstone said.

The stories told by the victims are often similar. Many came from modest backgrounds. They were sewer installers, factory workers, teachers and state employees. They lost money they had worked all their lives to save and have been forced to give up long-laid plans for retirement.

Others, like Alice Kopacek of tiny Olivia, Minn., have been left in even more dire straits. "We have a two-month (overdue) gas bill, a two-month telephone bill, a two-month television bill, and everything is going to get shut off here," Kopacek, 75, wrote to the court in 2011. "Is there any way we can find out when we'll be getting some money?"

Her husband, Ken, told the Tribune that debt collectors have been hounding him after a recent surgery left him with a mountain of debt.

"We were really relying on that money to pay bills," he said.

by FBI agents shortly before Christmas 2006 while being treated for heart trouble at a clinic in Jacksonville, Fla.

The next year, more than a dozen brokers used by Kelly to sell his leases were sued for fraud for allegedly collecting huge, undisclosed commissions totaling more than $72 million.

The victims who spoke to the Tribune said they still have a hard time believing they were duped. Fraley, the Tennessee great-grandmother, said she was particularly embarrassed given her long career in finance. She was well aware of schemes targeting the elderly, but when her relative came to her with the pitch from a Kelly associate, it sounded plausible.

"I went through all of it, and it seemed like a good deal," Fraley said. "I wouldn't have done it if it didn't look right."

*jmeisner@tribune.com*



Gmail  Calendar  Documents  Photos  Reader  Web  more ▾        eloisehahn149@gmail.com | Settings | Older version | Help | Sign out

GMᴀil                                    Search Mail    Search the Web    Show search options
                                                                         Create a filter

Compose Mail        Our Clients Need Lawyers - www.LegalMatch.com/Attorneys - Get Legal Cases Emailed Regularly. Fill in a Form. See rSponsored Link  ◁ ▷

Inbox (43)          ◂ Back to Inbox    Archive   Report spam   Delete    Move to▾    Labels▾    More actions▾                         ‹ Newer 3 of 77 Older ›

Starred ✶                FW Title   Inbox | x                                                                    🗔 New window
                                                                                                               🖶 Print all
Chats ♀                  Dcmmtg@cs.com to me               show details Mar 24 (2 days ago)  ↩ Reply | ▾       🗖 Collapse all
                                                                                                               ☐ Forward all
Sent Mail                Ellie,

Drafts (1)               Please handle with discretion as Eric knows nothing about our arrangement or Laredo, he is          . Sponsored Links
                         the Title Attorney for the lender on Paducah....Thanks
All Mail                                                                                                        Closing & Title Software
                                                                                                               The Closer's Choice: HUD & Doc
Spam                                                                                                            Prep, Escrow Accting,Title, Reports
                         Subj: RE: How are you doing on the Title?                                              www.ClosersChoice.com
Trash                    Date: 3/19/2009 5:33:23 PM Eastern Daylight Time
                         From: eclayman@rbclawyers.com                                                          Lowest Closing Costs
Contacts                 To: Dcmmtg@cs.com                                                                      Lowest Costs, Highest Quality
                         CC: sweitz43@aol.com                                                                   Fastest Closing Times, Nationwide
                         Received from Internet; click here for more information                                www.besttitle.com

~ Chat                                                                                                          Title Chicago
                         Mr. Minor,                                                                             Chicago Land Title surveyors
Search, add, or invite                                                                                         Land Surveyors
● Eloise Hahn                                                                                                   plcssurvey.net
Set status here      ▾   The title commitment for Paducah will be in by Wednesday of next week. It won't take us but a        Wolpoff Law
🍎 Gustave Hahn-Powell   day or two to clear this commitment. If you have any questions, please feel free to contact me.        I Fixed my Credit Score by Deleting
blpearson                I just got off the phone with our underwriters VP of underwriting and that is a valid timeline.        Wolpoff Abramson Collection Agency.
dcmmtg                                                                                                         www.chargeoff.net
Eleni Makris
James Lydon              Regards,                                                                               SoftPro - Title Software
lf1415                                                                                                         Closing, Title & Escrow Software
nummer99                                                                                                       starting at $1295 for ProForm
Southwest Airlines                                                                                             www.SoftProCorp.com
Southwest Airlines       Eric Clayman, Esq.                                                                    Law office
Tim McNally                                                                                                    Experienced general practice
Options ▾   Add Contact  The Law Office of Eric H. Clayman, P.A.                                               attorney. Located in Palatine.
                                                                                                               www.jameskellydex.com
~ Labels                 RBC Title & Escrow Services, L.L.P.                                                   Hitchcock Evert LLP
             Edit labels                                                                                       Intellectual Property & Technology
                         8184 Wiles Road                                                                        Licensing, Litigation, Transactions
                                                                                                               www.hitchcockevert.com
                         Coral Springs, FL., 33067
~ Invite a friend                                                                                             Real Estate Attorneys
Give Gmail to:           Office: (954) 332-2050                                                                 Real Estate Closings
                                                                                                               Representing Sellers and Purchasers
Send Invite 50 left      Fax: (954) 332-2051                                                                    www.randallsegrest.com
          Preview Invite
                         Email: eclayman@rbclawyers.com                                                         More about...
                                                                                                               Closing Fees »
                                                                                                               Movies Title »
                                                                                                               Song Title »
                                                                                                               New Jersey LLC »
                                                                                                                 About these links

                         ↩ Reply   → Forward

                                         Your message has been sent.   Invite Dcmmtg to Gmail

                     ▸   ● Eloise Hahn to Dcmmtg          show details 5:05 PM (-1 minutes ago)  ↩ Reply | ▾

                         Thanks for the update.  Looks like things will begin to gel.  Keep me posted.  Thanks.
                         - Show quoted text -

                         ↩ Reply   → Forward



Did You Get A Date Yet From Ticor?

I spoke with the Title attorney and found out what's taking so long. The title company has very little underwriting staff left so when they get a big project they can only put 1 person on it and it just takes them longer. They have been hit by the economy too, they had to layoff most of their underwriters due to lack of work.

T. Alan Minor
President
Commercial Services
Diversified Commercial Mortgage
(P) 804-423-6412
(C) 804-677-5923
(F) 509-463-8480

Great. Did you get a date yet?



### SPACE COAST HOSPITALITY MANAGEMENT SERVICES

### Property Listing

The following is a list of Properties that are currently being managed by Space Coast Hospitality
Management, Services.

## FLORIDA
**Carrie Lee's Coffee & Tea Company**
3550 N. Atlantic Ave.
Cocoa Beach, FL 32931
Phone: 321-323-5000
Fax: 321-783-0980

**La Quinta Inn-Cocoa Beach**
128 rooms
1275 N. Atlantic Ave.
Cocoa Beach, FL 32931
Phone: 321-783-2252
Fax: 321-323-5045

**Wakulla Suites**
121 rooms
3550 N. Atlantic Ave.
Cocoa Beach, FL 32931
Phone: 321-783-2230
Fax: 321-783-0980

## INDIANA
61 rooms
**Sleep Inn-Ft. Wayne**
2881 E. Dupont Rd
Ft Wayne, IN 46825-1668
Phone: 260-490-8989
Fax: 260-490-8848

## MICHIGAN
**Carrie Lee's Coffee & Tea Company**
407 N. State Street
Big Rapids, MI
Phone: 231-796-3411
Fax: 231-796-3446

## NORTH CAROLINA
167 rooms
**Quality Inn & Suites/Best Value Inn**
(currently being renovated)
7067 Albert Pick Rd.
Greensboro, NC 27409
Phone: 336-668-3900
Fax: 336-668-7012

## OHIO
**Holiday Inn Express**
55 rooms
**13300 Reynoldsburg-Baltimore Rd.**
Pickerington, OH 43147
Phone: 614-575-9900
Fax: 614-575-9909

**Ramada Plaza**
255 rooms
13,000 sq. foot banquet space
Restaurant & bar
11911 Sheraton Lane
Cincinnati, OH 45246
Phone: 513-671-6600
Fax: 513-671-0507

## NEW YORK
*Best Western/Norstar*
77 rooms
4630 Genesee St.
Buffalo, NY 14225
Phone: 716-631-8966

*Best Western/Crown Inn & Suites*
71 rooms
8210 Park Rd.
Batavia, NY 14020
Phone: 585-344-8882
Fax: 585-344-7187

## PENNSYLVANIA
**Best Western**
58 rooms
79 Old Valley School Rd.
Danville, PA 17821
Phone: 570-275-5750
Fax: 570-275-9310

## TEXAS

**La Quinta Inn and Suites-New Braunfels**
74 rooms
365 S. Hwy 46
New Braunfels, TX  78130
Phone:  830-627-3333
Fax:  830-627-3336

**Microtel Inn and Suites**
85 rooms
1025 S. Frio St.
San Antonio, TX  78207
Phone:  210-226-8666
Fax:  210-226-4440

**O'Brien Historic Hotel**
39 rooms
116 Navarro St.
San Antonio, TX  78205
Phone:  210-527-1111
Fax:  210-527-1112

## Under construction

**San Antonio, TX**
**La Quinta Inn & Suites**
**91 Rooms**
**Utex rd**

**San Antonio, TX**
**Comfort Suites**
**59 Rooms**
**I-35 North**

**Burnie, TX**
**La Quinta**
**74 rooms**
**281 North**

*WinPar LLC is the development company
for Bill Parsons

*(handwritten:)* 800-230-4134, Embassy

## Under Development*

**Chattanooga, TN**
**Cameron Square**
**Riverfront Development**
**Condominium and Embassy Suites**
*(handwritten: N.C.)*

**Laredo, TX**
**Quality Suites**
**85 Rooms** *(handwritten: 100)* — Note
**Airport**

**Lexington, NC**
**La Quinta Inn & Suites**
**80 rooms**
**Childress Vineyards**
*(handwritten: N.C.)* *(handwritten: Winston Salem)*

**Richmond VA** *(handwritten: ?)*
**La Quinta Inn & Suites**
**~~94~~ Rooms** *(handwritten: No pool)*
**Airport** *(handwritten: 9040 Parns Av.)*
*(handwritten: Completed)*

**Evansville, IN**
**The Atrium**
**22 Condominiums**
**7th street**
*(handwritten: N.C.)*

*(handwritten annotations:)*
Built 2006
68t

1-800-753-3757, La Quinta

109.
92 rooms. — Completed

Completed

877-424-6423, comfort suites

Not completed.

210-656-4602

Cracker Barrel
I-35    6350 I-35 North.
210-646-6600  Not 2+

San Antonio, TX
Comfort Suites.
11526 I-35 North.
I-35 North
210-656-4600
Completed

Final Analysis
San Antonio, TX
La Quinta Inn & Suites
92 rooms — completed
1-800-753-3757

2

Eloise Hahn/R5/USEPA/US          To  Dcmmtg@cs.com
07/25/2007 05:06 PM              cc

                                bcc

                           Subject  Re: Laredo Project

Yes, proceed and advise me when I will get the $250,000.  I will send you wiring instructions for UBS not
Stifel.
Dcmmtg@cs.com

  Dcmmtg@cs.com                To
                      07/19/2007 07:31 AM

                                            Subject  Re: Laredo Project

Traveling for work, not vacation.  Call me on my cell phone -- 804-677-5923.  We have been offered
$1,100,000.00 for the 3 lots in Laredo.  That would pay you $250,000.00 after the land loan is paid.  Do
you think we should pursue this option?

Thanks

T. Alan Minor
President
Commercial Services
Diversified Commercial Mortgage
(P) 804-423-6412
(P) 866-562-2147
(F) 866-331-3568