UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: THOMAS ALAN MINOR         BKN:3:10-BK-30161-DOT

and

RENEE SCOTT MINOR

ELOISE K. HAHN, MANAGER
dba BURKE FINANCIAL LLC

and

MEMBER OF WIN PAR
HOSPITALITY LAREDO LLC           Adversary Proceeding
                                 Counter Claim Complaint to::

Plaintiff,                       APN: 3:13-AP-03152-DOT

v.

THOMAS ALAN MINOR

and

JASON M. KRUMBEIN, ESQ.

Defendants

REQUEST FOR A HEARING
ADVERSARY PROCEEDING COUNTER CLAIM COMPLAINT

Comes now plaintiff, pro se, who files this REQUEST FOR A HEARING for her Adversary Proceeding Counterclaim Complaint against the defendants and states as follows:

1. That the defendant's daughter is getting married on November 27, 2013. Consequently, the plaintiff, Eloise K. Hahn,

is unable to attend the hearing for December 3, 2013, at 2:00 p.m. in this matter since the plantiff will be attending a wedding family reunion in Arizona as well.

2. That the plaintiff, Eloise K. Hahn, will not be able to retain local counsel in this matter until August of 2014.

3. That the plaintiff, Eloise K. Hahn, requests a hearing in this court in September of 2014.

WHEREFORE, the plaintiff, Eloise K. Hahn, prays for a hearing date in this court for September of 2014.

*Eloise Hahn*

ELOISE K. HAHN
Manager of Burke Financial LLC
Member of Winpar Hospitality Laredo LLC
313 East 1300 North
Chesterton, IN   46304

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via ~~priority U.S. Mail~~ UPS to Howard Sverbilow, Esquire, 190 Fortenberry Road, Suite 107, Merritt Island, Florida  32952-3401, Jason M. Krumbein, Esquire, 5310 Market Road, Suite 102, Richmond, VA  23230, Cindy Baumgartner, Deputy Clerk of the Court, U.S. Bankruptcy Court, 701 E. Broad St., Suite 4000, Richmond, VA  23219, Roy Terry, Esquire, Sands Anderson, P.O. Box 1998, Richmond, VA  23218-1998, and Thomas A. Minor, 11603 Hardwood Drive, Richmond, VA 23114 on November 16, 2013.

*Eloise Hahn*