**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | T. Alan Minor ) | Bankr: 3:10-BK30161-KLP |
| | Renee Scott Minor ) | Chapter 7 |
| | Debtor. ) | |
| | ) | |
| Address | ) | |
| | T. Alan Minor ) | |
| | 11603 Hardwood Drive ) | |
| | Midlothian, VA 23114 ) | |
| | ) | |
| Last four digits of SSN or ITIN: | **6901** ) | |
| | **XXXX** | |

**T. ALAN MINOR**
  Plaintiff                                     Adv. : 3:13-AP-3152-KLP
v.
**ELOISE K. HAHN et al**
  Defendants

## ORDER ON MOTION TO DISMISS COUNTERCLAIM PURSUANT TO FRBP 7012(b)(6) and FRCP 12(b)(6)

AFTER ORAL ARGUMENT on Counter-Defendant Krumbein's Motion To Dismiss, based upon the pleadings and oral arguments made, the counter claim against Attorney Krumbein, the matter is DISMISSED as to Krumbein.

The counter claim as to Counter-Defendant Minor is NOT dismissed.

DATED:   February 3, 2014

Entered on Docket: Feb 4 2014

                                                     /s/ Keith L. Phillips
                                     Keith L. Phillips, Judge
                                     US Bankruptcy Court
                                     Eastern District of Virginia
                                     Richmond Division

Jason M. Krumbein Va Bar #: 43538     - 1 -
Krumbein Consmer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA  23230
804.303.0209

I ask for this

  /s/Jason M. Krumbein, Esq
Jason M. Krumbein, Esq., VSB#43538
Krumbein Consumer Legal Services, Inc.
Counsel for Plaintiff
5310 Markel Rd. Suite 102
Richmond, VA 23230
804.303.0204
804.303.0209 (fax)
JKrumbein@KrumbeinLaw.com e-mail


**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

     I hereby certify that all necessary parties have endorsed the foregoing order, and that a copy was serve on:

Eloise K. Hahn
313 East 1300 North
Chesterton, IN   46304

Howard M. Swerdbilow, Esq. (Florida)
Florida Bar #196165
190 Fortenberry Rd. Suite 107
Merritt Island, FL 32952



DATED:  February 3, 2014                /s/Jason M. Krumbein, Esq
                                                  Jason M. Krumbein, VSB#43538
                                                  Krumbein Consumer Legal Services, Inc.
                                                  Counsel for Plaintiff
                                                  5310 Markel Rd. Suite 102
                                                  Richmond, VA 23230
                                                  804.303.0204
                                                  804.303.0209 fax
                                                  JKrumbein@KrumbeinLaw.com (e-mail)


Jason M. Krumbein Va Bar #: 43538        - 2 -
Krumbein Consmer Legal Services, Inc.
5310 Markel Rd. Suite 102
Richmond, VA  23230
804.303.0209