# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:

Thomas Alan Minor and
Renee Scott Minor

Thomas A. Minor

    Plaintiff

    v.

Eloise K. Hahn

    Defendant

Eloise K. Hahn,
dba Managing Member of
Burke Financial LLC
Member of Win Par Hospitality
Laredo LLC

Counter Claimant Plaintiff/Counter
Appellant

    vs

Thomas A. Minor,
dba President of Diversified
Commercial Mortgage
Member of Win Par Hospitality
Laredo LLC (undisclosed on
chapter 7 january 10, 2010
petition)

Renee Scott Minor

Counter Claimant Defendants/
Appellee

) Case Number 10-30161-KLP
) Chapter 7
) Adversary and Counterclaim
) Adversary Proceeding
) Number 13-03152-KLP
) Chief United States Bankruptcy
) Judge Keith L. Phillips
) Eastern District of Virginia

RICHMOND DIVISION
FILED APR 28 2015
CLERK
U.S. BANKRUPTCY COURT

**PETITIONER'S NOTICE OF PLEADINGS TO STAY APPEAL
CONTINGENT ON RECEIPT OF FINANCIAL**

## DOCUMENTATION OR IN THE ALTERNATIVE MOTION FOR CHANGE OF VENUE TO THE NORTHERN DISTRICT OF ILLINOIS FEDERAL DISTRICT COURT

COMES NOW Petitioner, Eloise K. Hahn, appeallant and for her NOTICE OF PLEADINGS states that she has filed a motion to stay appeal contingent on receipt of financial documentation or in the alternative has filed a motion to change venue to the Northern District of Illinois Federal District Court where she can properly represent herself through counsel Hank Marino and Kevin Willis. Hank Marino has acted as her personal attorney in years 2006 and 2007, and most recently at the settlement telephonic conference on August 21, 2014. Kevin Willis has also acted in the past as counsel for Hahn wrt to the laredo hotel development project. In order to avoid high costly litigation expenditures in retaining a new attorney to the matter Hahn will be able to use both Marino and Willis for the appeal hearing, if warranted. Hahn is currently insolvent since she has lost all her capital in this venture and prefers to resolve the outstanding issues informally if possible so that she can file her taxes for years 2006 through 2014.

Respectfully submitted,

*EH*

Eloise K. Hahn
Managing Member of Burke Financial LLC
Former member of Win Par Hospitality Laredo LLC

## CERTIFICATE OF SERVICE

I, Eloise K. Hahn, do hereby certify that i forwarded a copy of the foregoing notice to the following parties, via first class USPS mail being:

U. S. Bankruptcy Court
Attn: Cindy Baumgartner, Deputy Clerk
701 E. Broad St. ~~23218~~
Suite 4000
Richmond, VA   23218

Krumbein Consumer Legal Services
Attn: Jason Krumbein
5310 Market Street
Suite 102
Richmond, VA  23230

US Trustee
Attn: Shannon Percaro
701 East Broad St.
Suite 4304
Richmond, VA   23219

Law Office of Hank Marino
Attn: Hank Marino, Esquire
53 W/. Jackson Blvd
Room 1552
Chicago, IL   60604

                                    Law office of Kevin Willis & Associates
                                    Attn:  Kevin Willis, Esquire
                                    2137 S. Euclid Av, Ste 3
                                    Berwyn, IL   60402

*E H*

April 23, 2015                                  Eloise K. Hahn

Case 13-03152-KLP    Doc 252    Filed 04/28/15    Entered 04/29/15 10:20:12    Desc Main
                                    Document      Page 4 of 4