# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case Number 10-30161-KLP |
| Thomas Alan Minor and | ) Chapter 7 |
| Renee Scott Minor | ) Adversary and Counterclaim |
| | ) Adversary Proceeding |
| Thomas A. Minor | ) Number 13-03152-KLP |
| | ) Chief United States Bankruptcy |
| Plaintiff | ) Judge Keith L. Phillips |
| | ) Eastern District of Virginia |
| v. | ) |
| | ) |
| Eloise K. Hahn | ) |
| | ) |
| Defendant | ) |
| | ) |
| Eloise K. Hahn, | ) |
| dba Managing Member of | ) |
| Burke Financial LLC | |
| Member of Win Par Hospitality | ) |
| Laredo LLC | ) |
| | ) |
| Counter Claimant Plaintiff/ | ) |
| Counter Appellant | ) |
| | ) |
| vs | ) |
| | ) |
| Thomas A. Minor, | ) |
| dba President of Diversified | ) |
| Commercial Mortgage | ) |
| Member of Win Par Hospitality | ) |
| Laredo LLC (undisclosed on | ) |
| chapter 7 January 10, 2010 | |
| petition) | ) |
| | ) |
| Renee Scott Minor | ) |
| | ) |
| Counter Claimant Defendants/ | ) |
| Appellee | ) |

RICHMOND DIVISION
FILED
APR 28 2015
CLERK
U.S. BANKRUPTCY COURT

**PETITIONER'S MOTION TO STAY APPEAL CONTINGENT
ON RECEIPT OF FINANCIAL DOCUMENTATION**

## REQUESTED OR IN THE ALTERNATIVE MOTION FOR CHANGE OF VENUE TO THE NORTHERN DISTRICT OF ILLINOIS FEDERAL DISTRICT COURT

COMES NOW Petitoner, Eloise K. Hahn, appeallant and for her cause of action alleges and says:

1. That she is the apeallant in this cause of action.

2. That she is no longer interested in litigating this matter provided appeallant party, Thomas A. Minor, provide her financial documentation wrt the foreclosure of the three Laredo lots , namely lots 11, 12, and 13, the bills of sale for the three hotels built and constructed during the years of 2006 through 2011, the hotel revenue collected, and any and all loan documentation and financial statements presented to the banks on behalf of Parsons and himself.

3. That opposing counsel provide her the information within the next thirty days in order that appellant be able to complete her tax returns for the years 2006 through 2014, including Burke's members.

Wherefore, the Petitioner (appeallant) hereby moves this honorable court to stay this matter until June 10, 2015, in order that appeallee party, Thomas A. Minor, comply with this request

so that appeallant be able to complete her tax returns for the years 2006 through 2014. By June 10, 2014, appeallant will notify the respective courts whether she has received the requested information and if any further information is warranted.

A final plan of action will be determined at that time, if any.

Respectfully submitted,

*[signature]*

Eloise K. Hahn
Managing Member of Burke Financial
Former Member of Win Par Hospitality
PO Box 662
Chesterton, IN   46304

## CERTIFICATE OF SERVICE

I, Eloise k. Hahn, do hereby certify that I forwarded a copy of the foregoing motion to the following parties via USPS first class mail being:

Jason Krumbein
Attorney for the Debtor(s)
Krumbein Consumer Legal Services
5310 Market Road, Suite 102
Richmond, VA   23230

US Bankruptcy Court
Clerk of the Court
Attn:  Coindy Baumgartner,

Deputy Clerk
701 E. Broad St.
Suite 4000
Richmond, VA   23218

U.S. Trustee
Attn:  Shannon Percoraro
701 E. Broad St.
Suite 4304
Richmond, VA   23219

Law Office of Hank Marino
Attn:  Hank Marino, Esquire
53 W. Jackson Blvd.
Room 1552
Chicago, IL   60604

Law Office of Kevin Willis
Attn:  Kevin Willis, Esquire
2137 S. Euclid Av, Ste 3
Berwyn, IL   60402

US Federal District Court
Richmond Division
Richmond, VA
(to be forwarded by Cindy Baumgartner)

*April 23, 2015*                              *E H*